STUTZ ARTIANO SHINOFF & HOLTZ
*A Professional Corporation*
James F. Holtz, Esq.
Nevada Bar No. 8119
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 304-1803
Facsimile: (702) 304-1822
jholtz@sashlaw.com

Attorney for Defendant, WALGREEN CO.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA BULLER and RUSSELL BULLER,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO. d/b/a WALGREENS #07842 and DOES I through V, inclusive,<br><br>Defendants. | Case No..: 2:15-cv-00615-JAD-GWF |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Stutz Law San Diego/1329/132/PL/S0235986.DOCX

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter, <u>Cynthia Buller v. Walgreen Co., et al.</u>, filed on December 11, 2014 in Clark County District Court as Case No. A-14-709191-C, and removed to the United States District Court for the District of Nevada as Case No. 2:15-cv-00615-JAD-GWF be dismissed with prejudice, each party to bear its own costs and attorney's fees

Dated: May 29, 2015

THOMAS AND SPRINGBERG

By: _____
Laurence B. Springberg, Esq.
Nevada Bar No. 003162
THOMAS & SPRINGBERG
844 East Sahara Avenue
Las Vegas, Nevada 89104-3017
Telephone: (702) 731-9222
Attorneys for Plaintiff CYNTHIA BULLER

Dated: May 18, 2015

STUTZ ARTIANO SHINOFF & HOLTZ
A Professional Corporation

By: _____
James F. Holtz
Nevada Bar No. 8119
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 304-1803
Attorneys for Defendant WALGREEN CO.

2

## ORDER

IT IS HEREBY ORDERED that the above-entitled matter be dismissed, in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

STUTZ, ARTIANO, SHINOFF & HOLTZ
A Professional Corporation

_____
James F. Holtz, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
Attorneys for Defendant WALGREEN CO.

Stutz Law San Diego/1329/132/PL/S0235986.DOCX

**STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
James F. Holtz, Esq.
Nevada Bar No. 8119
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 304-1803
Facsimile: (702) 304-1822
jholtz@sashlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
CASE NO.: 2:15-CV-00615-JAD-GWF

**CERTIFICATE OF ELECTRONIC SERVICE**

Pursuant to LR 5-4, I hereby certify that on the June 3, 2015, I served a true and correct copy of the above and foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** via CM/ECF described above on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

Laurence B. Springberg, Esq.
THOMAS & SPRINGBERG
844 East Sahara Avenue
Las Vegas, NV 89104-3017

*Attorneys for Plaintiffs Cynthia Buller and Russell Buller*
(702) 731-9222/FAX 731-9181
Lspringberg@thomasandspringberg.com

_____
Ann Posthill
An Employee of STUTZ ARTIANO SHINOFF & HOLTZ

1

Stutz Law San Diego/1329/132/SH/S0230197.DOCX