STUTZ ARTIANO SHINOFF & HOLTZ
*A Professional Corporation*
James F. Holtz, Esq.
Nevada Bar No. 8119
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 304-1803
Facsimile: (702) 304-1822
jholtz@sashlaw.com

Attorney for Defendant, WALGREEN CO.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA BULLER and RUSSELL BULLER,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO. d/b/a WALGREENS #07842 and DOES I through V, inclusive,<br><br>Defendants. | Case No..: 2:15-cv-00615-JAD-GWF<br><br>**ORDER** |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Stutz Law San Diego/1329/132/PL/S0235986.DOCX

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter, <u>Cynthia Buller v. Walgreen Co., et al.</u>, filed on December 11, 2014 in Clark County District Court as Case No. A-14-709191-C, and removed to the United States District Court for the District of Nevada as Case No. 2:15-cv-00615-JAD-GWF be dismissed with prejudice, each party to bear its own costs and attorney's fees

Dated: May 29, 2015

THOMAS AND SPRINGBERG

By: _____
Laurence B. Springberg, Esq.
Nevada Bar No. 003162
THOMAS & SPRINGBERG
844 East Sahara Avenue
Las Vegas, Nevada 89104-3017
Telephone: (702) 731-9222
Attorneys for Plaintiff CYNTHIA BULLER

Dated: May 18, 2015

STUTZ ARTIANO SHINOFF & HOLTZ
A Professional Corporation

By: _____
James F. Holtz
Nevada Bar No. 8119
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 304-1803

Attorneys for Defendant WALGREEN CO.

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: June 4, 2015.

_____
UNITED STATES DISTRICT JUDGE

2

Stutz Law San Diego/1329/132/PL/S0235986.DOCX